# EXHIBIT B

| Claim Element | Claim Elements of U.S. Patent No. 10,467,478 | SwingVision Website |
|---|---|---|
| 1.1 | 1. A computer-implemented method comprising: | **Before You Hit**<br><br>▾ What do I need to use SwingVision?<br><br>To use the iOS app you just need an iPhone on iOS 13 (or iPad on iPadOS) and a piece of equipment to mount your device.<br><br>Learn more about the different equipment options here.<br><br>Don't have an iPhone or iPad? You can also import footage from a GoPro or Android device into our Mac app as long as you have a Mac device on macOS 11 (Big Sur) or newer.<br><br>Learn more about how to import videos for processing here.<br><br>https://swing.tennis/faq<br><br>1:53<br><br>🔒 swing.tennis<br><br>📱➡ **Challenge Line Calls from iPhone or iPad**<br><br>https://swing.tennis/guides/challenge-line-calls<br><br>SwingVision's A.I. tracks your shots from just your iPhone or iPad camera, giving you detailed statistics and video analysis, just like the pros.<br><br>https://swing.tennis/guides/set-up-your-recording |

| 1.2 | generating, with a mobile device comprising a camera, a plurality of images of a portion of a real space containing an object having a position; | ![POST-RECORDING ANALYSIS: 1. Record on your GoPro or Android. 2. Import into our iOS or macOS app]<br><br>https://swing.tennis/<br><br>SwingVision allows you to **import and analyze videos recorded outside of the app** (e.g. GoPro, Android), providing you detailed statistics, heatmaps, and video highlights for any session.<br><br>https://swing.tennis/guides/import-existing-footage<br><br>### 🎾 Challenge Line Calls from Apple Watch<br><br>Start by setting up your shot tracking device:<br><br>1. Follow our recording how-to guide to set up your iPhone for recording.<br>2. Open SwingVision on the Apple Watch that is paired to your iPhone and wait a few seconds until you can see the camera preview.<br>3. Tap **START** on your Apple Watch once your setup looks good.<br><br>You can then challenge line calls from your wrist by following these steps:<br><br>1. Tap and hold your Apple Watch screen to reveal the Force Touch menu.<br>2. Tap the **Challenge** button in the top right.<br>3. Select which shot you'd like to challenge.<br>4. See SwingVision's decision! Double tap to zoom in, swipe to pan around and use the Digital Crown to review the bounce frame by frame.<br><br><br><br>https://swing.tennis/guides/challenge-line-calls |

| 1.3 | tracking, at a control device, the position of the object based at least on the plurality of images received from the mobile device; |  Shot Tracking stroke, spin, speed, placement, positioning, rally length  https://swing.tennis/ | **Automated Shot Tracking**  🎾 Stroke type, spin type and ball speed  🎾 Shot placement, contact and rally length  🎾 Footwork, posture and positioning |



1:53

swing.tennis

2. On the remote control device that you'll use for line challenges:
    - Tap the **Track** tab at the bottom of the screen.
    - Tap the **Remote** button in the top right.
    - Tap **Allow Local Network Access** to start searching for a recording device.
      *Note: Wifi and Bluetooth must both be on for pairing to work.*

3. Follow the ~~prompts that appear~~ on both

1:53

swing.tennis

4. Follow our [recording how-to guide] to set up your shot tracking device for recording.
5. Tap **START** on your line challenging device once your setup looks good.

You can then challenge line calls from the remote control device by following these steps:

1. Tap the **Challenge** button on your remote control device.

2. Select which shot you'd like to challenge.

3. See SwingVision's decision! Double tap to zoom in, swipe to pan around and use the slider to review the bounce frame by frame.

https://swing.tennis/guides/challenge-line-calls

| | | | |
|---|---|---|---|
| | | | **How can I utilize the video playback feature?**<br><br>Video playback is arguably the quickest way to improve your game. **SwingVision's A.I. tags shots** and removes dead time between rallies, making it easy to step through shot-by-shot. You can even filter by shot/spin type, in/out, etc. and visualize your form in slow-mo.<br><br>Learn more in our guide here.<br><br>https://swing.tennis/faq<br><br>Want to know your break point conversion, watch highlights of just your winners or get score overlays on your video?<br><br>All you have to do is track scores on your wrist while your iPhone is recording video. You'll need Apple Watch Series 3 (or newer) to do this.<br><br>https://swing.tennis/guides/track-your-match |
| | 1.4 | monitoring, at the control device, the position of the object for an event conforming to a rule, the event based on the rule and the position of the object in the real space; | **What can I learn from my match stats?**<br><br>Match stats can help you understand how to win more points, which is perhaps the most important question in competitive tennis.<br><br>Here are some things to keep in mind as you review your match stats:<br><br>- *How often did my 1st serves go in?* You should target at least 60%.<br>- *How often did my 2nd serves go in?* You should target at least 90%.<br>- *How many aces / service winners am I hitting compared to double faults?*<br>- *Are more of my unforced errors happening on my forehand or backhand?*<br>- *Are more of my winners happening on my forehand or backhand? What is the ratio of winners to errors for each wing?*<br>- *How often did I convert break points?* Focus on making more neutral returns in play to convert break points.<br>- *How often did I save break points?* Focus on making more 1st serves to save break points.<br><br>**NOTE:** You need an Apple Watch to track your match stats. Learn how to track your scores in our guide here.<br><br>https://swing.tennis/faq<br><br>**1st Heatmap: Shot Placement**<br><br>This heatmap shows where your shots landed on the **other half of the court**. The court is broken up into zones that help visualize how deep and spread out you placed the ball. |

| | | | |
|---|---|---|---|
| | | | **2nd Heatmap: Hitting Position**<br><br>This heatmap shows where you were standing on **your half of the court** when you hit the ball. The court is broken up into zones that help visualize how offensive vs. defensive you played.<br><br>**3rd Heatmap: Serve Placement**<br><br>This heatmap shows where your serves landed on the **other half of the court**. The court is broken up into zones that help visualize the variation in your serve depth and direction.<br><br>https://swing.tennis/guides/review-your-shot-heatmaps | |
| | 1.5 | generating, at the control device or at a client device, an indication that the event has been detected by the control device; and | <br><br>https://swing.tennis/<br><br>See also, Section 1.3 (above) |

<table>
<tr>
<td>1.6</td>
<td>transmitting, from the mobile device to the control device upon receipt of a transmit command at the mobile device, a buffered plurality of images corresponding to the plurality of images captured during a buffer time prior to receipt of the transmit command.</td>
<td>

▾ **Is my video processed in real-time?**

Our A.I. will process your video in real-time as long as you're using an iPhone or iPad with A13, A14, A15, or M1 chip. This includes any iPhone released since Ju any iPad Pro, iPad Air and iPad mini released since the beginning of 2020.

If you have an older device, you can still use SwingVision to process your videos after recording!

https://swing.tennis/faq

https://tt.tennis-warehouse.com/index.php?threads/swing-vision-ai-line-calls-and-analysis.653818/

</td>
</tr>
</table>